| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>KATHY J. HUANG (SBN 240677)<br>ALSTON & BIRD LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071-1410<br>Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100<br>E-mail: kathy.huang@alston.com | |
| ATTORNEY(S) FOR:  Defs. Wata, Inc. and Collectors Universe, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB KNIGHT, JACK CRIBBS, and JASON DOHSE, individually and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>WATA, INC., and COLLECTORS UNIVERSE, INC.,<br>Defendant(s) | CASE NUMBER:<br>8:22-cv-00967-DOC-KES<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendants Wata, Inc. and Collectors Universe, Inc.  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jacob Knight, Jack Cribbs, Jason Dohse | Plaintiffs |
| Wata, Inc. | Defendant |
| Collectors Universe, Inc. | Defendant |
| Collectors Holdings, Inc. | Collectors Universe Inc.'s parent corporation |
| Clear Blue Specialty Insurance Co. | Insurer |

| | |
|---|---|
| June 10, 2022<br>Date | /s/ Kathy J. Huang<br>Signature |
| | Attorney of record for (or name of party appearing in pro per):<br>Defendants Wata, Inc. and Collectors Universe, Inc. |