1  KATHY J. HUANG (SBN 240677)
   **ALSTON & BIRD LLP**
2  333 South Hope Street, 16th Floor
   Los Angeles, CA 90071-1410
3  Telephone: (213) 576-1000
   Facsimile: (213) 576-1100
4  E-mail:   kathy.huang@alston.com

5

6  JONATHAN D. PARENTE (*pro hac vice pending*)
   JASON ROTTNER (*pro hac vice pending*)
7  **ALSTON & BIRD LLP**
   One Atlantic Center
8  1201 West Peachtree Street, Suite 4900
   Atlanta, GA 30309-3424
9  Telephone: (404) 881-7000
   Facsimile: (404) 881-7777
10 E-mail:   jonathan.parente@alston.com
            jason.rottner@alston.com
11

12 *Attorneys for Defendants*
   *Wata, Inc. and Collectors Universe, Inc.*
13

14              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
15                    **SOUTHERN DIVISION**

16
   JACOB KNIGHT, JACK CRIBBS, and          Case No.: 8:22-cv-00967-DOC-KES
17 JASON DOHSE, individually and on
   behalf of all others similarly situated,   Assigned to the Hon. David O. Carter
18
                                              **DEFENDANTS WATA, INC.'S AND**
19            Plaintiffs,                     **COLLECTORS UNIVERSE, INC.'S**
                                              **NOTICE OF MOTION AND MOTION**
20       v.                                   **TO TRANSFER VENUE**

21                                            [Filed concurrently with the Memorandum
   WATA, INC., and COLLECTORS                 of Points and Authorities; Declaration of
22 UNIVERSE, INC.,                            Kathy J. Huang; [Proposed] Order; and
                                              Motion to Stay]
23            Defendants.

24                                            Date:        July 25, 2022
25                                            Time:        8:30 a.m.
                                              Courtroom:   10A
26

27

28

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      PLEASE TAKE NOTICE THAT on July 25, 2022, or as soon thereafter as this

3  matter may be heard, in the United States District Court, Central District of California,

4  Southern Division, located at 411 West Fourth Street, Courtroom 10A, Santa Ana, CA,

5  92701-4516 before the Honorable David O. Carter, Defendants Wata, Inc. and

6  Collectors Universe, Inc. ("Defendants") will, and hereby do, move the Court for an

7  order, pursuant to 28 U.S.C. § 1404(a), transferring this action to the U.S. District Court

8  for the District of Colorado.

9      Defendants' Motion is based on the valid and enforceable forum-selection clause

10 contained in the Wata Services Agreement governing the transactions that are at issue

11 in this lawsuit, which provides that (i) "[a]ll claims under, or otherwise with respect to,

12 this Agreement will be brought and maintained in the State and Federal courts located

13 in the City and County of Denver, Colorado" and that (ii) "the parties hereby expressly

14 consent to the exclusive venue and jurisdiction of such courts and waive any and all

15 objections to such venue and jurisdiction, including with respect to forum non

16 conveniens." Applying the framework established by the U.S. Supreme Court in

17 *Atlantic Marine Construction Co. v. U.S. District Court*, 571 U.S. 49 (2013), the Court

18 should enforce the forum-slection clause and transfer this case. The forum-selection

19 clause here is mandatory, broad, and covers all of Plaintiffs' asserted claims. The clause

20 is valid and enforceable, as it was not procured by fraud or overreach, its application

21 would not deprive Plaintiffs of their day in court, and it does not contravene any public

22 policy in this forum. And there are no policy or public-interest considerations that might

23 otherwise preclude enforcing the clause.

24      This Motion is filed following the conference of counsel pursuant to Local Rule

25 Rule 7-3, which took place on June 1, 2022.

26      This Motion is based on this Notice of Motion and Motion to Dismiss, the

27 concurrently filed Memorandum of Points and Authorities, and the supporting

28 declaration of Kathy J. Huang, and upon such other and further briefing, argument and

1    evidence as may be presented prior to or at the time of the hearing of this Motion.

2

3    DATED: June 10, 2022          */s/ Kathy J. Huang*

4                                  KATHY J. HUANG
                                   *Attorney for Defendants Wata, Inc. and*
5                                  *Collectors Universe, Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I electronically filed the **DEFENDANTS WATA, INC.'S AND COLLECTORS UNIVERSE, INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE** with the Clerk of the court for the United States District Court, Central District of California by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on the 10th day of June, 2022 at Los Angeles, California


                              /s/ *Kathy J. Huang*            _

                              Kathy J. Huang