KATHY J. HUANG (SBN 240677)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail:   kathy.huang@alston.com

JONATHAN D. PARENTE (*pro hac vice*)
JASON ROTTNER (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail:   jonathan.parente@alston.com
          jason.rottner@alston.com

*Attorneys for Defendants*
*Wata, Inc. and Collectors Universe, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JACOB KNIGHT, JACK CRIBBS, and JASON DOHSE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WATA, INC., and COLLECTORS UNIVERSE, INC.,<br><br>    Defendants. | Case No.: 8:22-cv-00967-DOC-KES<br><br>Assigned to the Hon. David O. Carter<br><br>**DECLARATION OF KATHY J. HUANG IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>[Filed concurrently with the Notice of Motion; Memorandum of Points and Authorities; [Proposed] Order]<br><br>Date:        July 25, 2022<br >Time:        8:30 a.m.<br>Courtroom:   10A |

# DECLARATION OF KATHY J. HUANG

I, Kathy J. Huang, declare as follows:

1. I am an attorney duly licensed to practice Law in the State of California (SBN 240677). I am a partner at the law firm of Alston & Bird LLP, attorneys of record herein for Defendants Wata, Inc. and Collectors Universe, Inc. I make this declaration in support of Defendants' motion to transfer venue. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Deniz Kahn, Co-Founder and President of Wata Games. Mr. Kahn's Declaration describes the process through which customers order grading and encapsulation services for their video games and submit their games to Wata, including how customers accept and agree to the Wata Services Agreement that governs the services Wata provides. Mr. Kahn's Declaration also attaches "[a] true and correct copy of the Wata Services Agreement."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of June, 2022 at Los Angeles, California.

/s/ *Kathy J. Huang*
Kathy J. Huang

# EXHIBIT 1

## **DECLARATION OF DENIZ KAHN**

I, Deniz Kahn, declare as follows:

1. I am over the age of eighteen, and the facts set forth herein are based upon my personal knowledge.

2. I am Co-Founder and President of Wata Games. In that role, I am involved in many aspects of Wata's business, including the design of the online customer transaction flow on Wata's website. As a result, I am familiar with the process through which customers order grading and encapsulation services for their video games and submit their games to Wata, including how customers accept and agree to the Wata Services Agreement that governs the services Wata provides.

3. Customers order grading and encapsulation services exclusively online through Wata's website (www.watagames.com/submit-game).

4. To order those services, a customer first: (1) selects the platform and game title for the video game he or she is submitting; (2) provides information about the state of the video game, selects the declared value of the game, and enters certain details about the game; and (3) selects the service level and any add-on services he or she would like to purchase.

5. The customer is then directed to either repeat the process for additional video games the customer is submitting or "Go To Cart" to checkout. After the customer selects "Go To Cart," the customer enters in shipping information. Then, the customer is directed to the "Review & Submit" page before the customer may enter any billing information, as depicted in the true and accurate screenshot of Wata's webpage below:



6.      Before a customer can leave the "Review & Submit" page and enter a payment method, the customer must affirmatively click the box next to "I agree with Wata Services Agreement." As shown in the above screen shot, the box is not pre-checked—in other words, the box begins unchecked and remains unchecked until the customer clicks to show agreement.

7. A customer cannot proceed to the "Payment Method" page and complete the checkout and purchase process until the customer indicates that he or she agrees with the Wata Services Agreement by clicking the box. In fact, the "PROCEED" button at the bottom of the "Review and Submit" page shown above remains greyed out and is not even capable of being clicked until the customer has checked the box to accept the Wata Services Agreement. If a customer does not accept the terms of the Wata Services Agreement, the customer can end the transaction at that time.

8. The red underlined "Wata Services Agreement" language in the phrase "I agree with Wata Services Agreement" is hyperlinked to a complete copy of the Wata Services Agreement, available at https://www.watagames.com/services. A true and correct copy of the Wata Services Agreement is attached hereto as **Exhibit A**.

9. Section 8.2 of the Wata Services Agreement, following the bolded heading "Governing Law" states:

> This Agreement will be governed by the laws of the State of Colorado as applied to agreements made, entered into and performed entirely in Colorado by Colorado residents. All claims under, or otherwise with respect to, this Agreement will be brought and maintained in the State and Federal courts located in the City and County of Denver, Colorado, and the parties hereby expressly consent to the exclusive venue and jurisdiction of such courts and waive any and all objections to such venue and jurisdiction, including with respect to forum non conveniens.

10. Section 8.2 of the Wata Services Agreement has remained unchanged since April 23, 2018.

11. Likewise, the process for ordering grading and encapsulation services for video games as described in Paragraphs 3 through 9 above has remained unchanged since April 23, 2018.

12. All Wata customers that completed the online process for ordering grading and encapsulation services from Wata after April 23, 2018 necessarily must have clicked the box indicating that he or she agreed with the Wata Services Agreement in order to complete his or her transaction for services from Wata.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 9TH day of JUNE, 2022 at SANTA ANA, CA.

Deniz Kahn

# EXHIBIT A

**WATA SERVICES AGREEMENT**

Wata, Inc. (dba Wata Games), a Colorado corporation ("**Wata**"), agrees to provide the Services (as defined below) to you on the terms and conditions set forth in this Wata Services Agreement (this "**Agreement**") so long as you accept this Agreement by selecting the "Accept" button at the bottom of this page. PLEASE READ THIS AGREEMENT CAREFULLY BEFORE SELECTING THE "ACCEPT" OR "DECLINE" BUTTON. BY SELECTING THE "ACCEPT" BUTTON, YOU ACKNOWLEDGE THAT (1) YOU HAVE READ AND UNDERSTAND ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT; (2) YOU AGREE TO BE BOUND BY ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT; AND (3) IF YOU ARE ACTING ON BEHALF OF AN ENTITY, YOU HAVE FULL AUTHORITY TO BIND YOUR ENTITY TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT AND BY CLICKING "ACCEPT" YOU DO SO BIND YOUR ENTITY TO THIS AGREEMENT. IF YOU ARE NOT WILLING TO BE BOUND BY ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, SELECT THE 'DECLINE' BUTTON AT THE BOTTOM OF THIS PAGE AND WATA WILL NOT PROVIDE THE SERVICES TO YOU AND YOUR CREDIT CARD WILL NOT BE CHARGED.

**1.    Services.** Wata will use its proprietary grading system and techniques to provide the services set forth below (collectively, the "**Services**").

   **1.1    Contents**. When your video game arrives at Wata's facility, Wata will open the packaging and compare the contents against the general description of the items that you listed and paid for when you submitted your order (e.g., number of games, game title, game system, etc.). If Wata believes any objects were damaged during transit, then Wata will notify you and ask whether you would like Wata to return the objects to you or perform the Services regardless of the damage. If Wata believes any objects are not in a condition that allows Wata to perform the Services, then Wata will notify you, and in Wata's discretion, Wata may return the objects to you without performing the Services. If Wata discovers, at any time while performing the Services, any discrepancies between your order and the contents received, then Wata will either return the items that were not properly sent or contact you to resolve the discrepancies.

   **1.2    Insurance**. During Wata's review of your games, Wata will determine whether the insured value that you selected is sufficient to cover Wata's estimation of the value of the games. In rare instances, Wata may determine that a greater insured value is necessary, and if so, then Wata will contact you to explain the increase in insured value and obtain your authorization to charge your credit card for the additional fees required based on the increased insured value.

   **1.3    Grading**. Wata will analyze each of your video games using Wata's proprietary methodology and rating system and perform any additional services you have requested and paid for, such as cleaning. Once Wata's analysis and other services are complete, Wata will then encase each video game in Wata's proprietary, tamper-evident case. Wata will return each encased game to you at the address you provided in your order.

   **1.4    Photos**. While your video game is in Wata's possession, Wata may photograph the game at different stages of Wata's grading process. You hereby irrevocably assign to Wata all ownership rights in any photographs or other recordings Wata may make of your video games and any other work product Wata may create in relation to your video games. You understand and agree that Wata may use, display and disseminate Wata's photographs and other information that identifies or describes your games (but in all cases anonymized to exclude, wherever applicable, your personal information, such as your name or address) online on Wata's website or other websites, through social media, in private or public databases, in articles or other promotional materials or advertisements, and in any other medium or for any other purpose.

1

**2.     Fees and Insurance**. In consideration of the Services, you agree to pay the following amounts to Wata (collectively, the "**Fees**").

   **2.1**     When you submit your order to Wata, your credit card will be charged in the amounts displayed on your screen, including, without limitation, fees for the Services, insurance costs, and shipping and handling expenses. The amount that Wata charges for each video game depends in part on the insured value that you estimate for the game. If, as occurs in rare instances, Wata determines that your video game has a higher value than your original estimate, then you agree to pay the applicable increase in fees upon Wata's request. If you do not pay the additional fees (or if your video games are not in a condition that allows Wata to perform the Services), then Wata will not perform the Services and will return your video game to you and refund any applicable payments, minus Wata's standard order rejection fees, insurance costs, and shipping and handling expenses.

   **2.2**     If any of your video games are damaged, lost or destroyed at any point from when you send the games to Wata, while Wata is performing the Services, or during transit from Wata's facility back to you, your sole remedy is, and Wata's maximum liability will be equal to and not exceed under any circumstances, the lesser of the (a) insured value of each game and (b) the fair-market value replacement cost of each game. You select the insured value of each game when you send the game to Wata, and the amount you select is your responsibility. The insurance you purchase for your games covers the games during shipment to Wata's facility, while the games are in Wata's possession, and during shipment back to the address you provide in your order. If Wata determines a higher insured value is necessary, then Wata will charge your credit card for the additional fees required (as described above) and will obtain insurance coverage in the appropriate amounts for each of your games while the games are in Wata's possession and while the games are transported back to you.

**3.     Limited Warranty**. Wata provides a limited warranty on the Services and the proprietary, tamper-evident case covering product defects or workmanship defects for a period of one year after the date Wata completes the Services. If a workmanship or product defect is revealed during the warranty period in the tamper-evident case that you receive, then Wata will encase the video game in a new case, free of charge, after you return the original case to Wata with the video game still inside the case; provided, that Wata's limited warranty is voided in full if the game was removed from the case at any time or if the damage to the case arose from the way the case was handled or stored. Handling encased video games with care and storing them properly in a dark, immobile and temperature- and humidity-controlled location is necessary to maintain the condition of the cases and the games. Exposing an encased game to extreme temperatures or other environmental factors (such as moisture, light, movement or other hazards) or pressuring, throwing, sliding, dropping, hitting or attempting to open an encased video game can negatively impact the game and the case and void Wata's limited warranty.

**4.     Disclaimer**. OTHER THAN THE LIMITED WARRANTY SET FORTH ABOVE, WATA DOES NOT MAKE ANY OTHER WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO THIS AGREEMENT, THE SERVICES OR THE TAMPER-EVIDENT CASE, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NON-INFRINGEMENT AND/OR ANY WARRANTIES ARISING OUT OF A COURSE OF DEALING OR COURSE OF PERFORMANCE.  WITHOUT LIMITING THE FOREGOING, WATA DOES NOT WARRANT THAT THE SERVICES OR THE TAMPER-EVIDENT CASE WILL MEET YOUR REQUIREMENTS OR EXPECTATIONS OR THAT YOU WILL OBTAIN ANY PARTICULAR RESULT BY USE OF THE SERVICES OR THE TAMPER-EVIDENT CASE.

**5.     Intellectual Property**. You acknowledge that Wata is and will remain the sole and exclusive owner of all right, title and interest in and to Wata's intellectual property, including, without limitation, Wata's proprietary methodologies, tamper-evident case design and concept, materials, information,

2

processes, technology and any and all improvements, enhancements, updates, upgrades and modifications to any of the preceding (whether or not made in conjunction with this Agreement), and all patent, trade secret, copyright, trademark and other proprietary rights worldwide embodied in each of the preceding. You agree not to disassemble, reverse engineer, decompile, copy or otherwise use any of Wata's intellectual property. In no event will you take any action that might encumber or expose Wata's intellectual property to any claims, liens or other forms of encumbrance. At Wata's request, you agree to execute and deliver all documents that Wata deems reasonably necessary to secure or maintain any registrations for Wata's intellectual property or to protect Wata's ownership of Wata's intellectual property.

**6.** **Limitations of Liability**. WITH THE EXCEPTION OF DAMAGES ARISING FROM EITHER PARTY'S WILLFUL MISCONDUCT OR YOUR BREACH OF SECTION 5 (INTELLECTUAL PROPERTY), (1) IN NO EVENT WILL EITHER PARTY BE LIABLE FOR ANY CONSEQUENTIAL, INDIRECT, EXEMPLARY, SPECIAL, PUNITIVE OR INCIDENTAL DAMAGES, INCLUDING, WITHOUT LIMITATION, ANY LOST DATA, LOST VIDEO GAMES OR OTHER MERCHANDISE, LOST PROFITS, OR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, ARISING FROM OR RELATING TO THIS AGREEMENT, THE USE OF OR INABILITY TO USE THE SERVICES, HOWEVER CAUSED AND UNDER ANY THEORY OF LIABILITY (INCLUDING CONTRACT, STATUTE, TORT OR NEGLIGENCE), EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES; AND (2) NOTWITHSTANDING ANYTHING HEREIN TO THE CONTRARY, THE TOTAL CUMULATIVE LIABILITY OF WATA IN CONNECTION WITH THIS AGREEMENT WILL IN NO EVENT EXCEED THE AMOUNT OF ANY FEES YOU PAID FOR USE OF THE SERVICES. EACH PARTY ACKNOWLEDGES THAT THE DISCLAIMERS AND LIMITATIONS HEREIN REFLECT A FAIR ALLOCATION OF RISK AND THAT NEITHER PARTY WOULD ENTER INTO THIS AGREEMENT WITHOUT SUCH LIMITATIONS ON EACH PARTY'S LIABILITY, AND EACH PARTY AGREES THAT THE FOREGOING DISCLAIMERS AND LIMITATIONS WILL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN CATEGORIES OF DAMAGES, IN SUCH JURISDICTIONS, THE PARTIES AGREE THAT THE LIABILITY OF EACH PARTY WILL BE LIMITED TO THE FULLEST EXTENT PERMITTED BY SUCH JURISDICTION.

**7.** **Term**. The term of this Agreement commences on the date on which you submit your order and terminates on the date Wata completes the Services; provided, that Sections 3 (Limited Warranty), 4 (Disclaimer), 5 (Intellectual Property), 6 (Limitations of Liability), 7 (Term) and 8 (Miscellaneous) shall survive termination of this Agreement.

**8.** **Miscellaneous**.

    **8.1** **Agreement**. This Agreement sets forth the entire understanding and agreement between you and Wata and supersedes any and all oral or written agreements or understandings between you and Wata, as to the subject matter of this Agreement. This Agreement may be changed only by a written amendment signed by you and Wata.

    **8.2** **Governing Law**. This Agreement will be governed by the laws of the State of Colorado as applied to agreements made, entered into and performed entirely in Colorado by Colorado residents. All claims under, or otherwise with respect to, this Agreement will be brought and maintained in the State and Federal courts located in the City and County of Denver, Colorado, and the parties hereby expressly consent to the exclusive venue and jurisdiction of such courts and waive any and all objections to such venue and jurisdiction, including with respect to forum non conveniens.

    **8.3** **Force Majeure**. Notwithstanding anything in this Agreement to the contrary, you and Wata will be excused from performance hereunder for any period and to the extent that either party is

3

prevented from performing such party's obligations under this Agreement, in whole or in part, as a result of delays caused by the other party or a force majeure event, such as an act of God, war (whether or not actually declared), riot or other act of civil disobedience, governmental act, judicial action, explosion, act of terrorism or threat thereof (including cyberterrorism), natural disaster, destruction by lightning, fire, earthquake, tsunami, flood, strike or lockout or labor dispute, prolonged internet outage, communications line failure or power failure.

**8.4**     **General**. No agency, partnership, franchise, joint venture or employment relationship is intended or created by this Agreement. If any provision herein is held to be invalid or unenforceable for any reason, the remaining provisions will continue in full force without being impaired or invalidated in any way. You and Wata agree to replace any invalid provision with a valid provision that most closely approximates the intent and economic effect of the invalid provision. The waiver of a breach of any provision of this Agreement will not operate or be interpreted as a waiver of any other or subsequent breach.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I electronically filed the **DECLARATION OF KATHY J. HUANG IN SUPPORT OF MOTION TO TRANSFER VENUE** with the Clerk of the court for the United States District Court, Central District of California by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on the 10th day of June, 2022 at Los Angeles, California


        /s/ *Kathy J. Huang*_
           Kathy J. Huang