| | |
|---|---|
| 1 | KATHY J. HUANG (SBN 240677) |
| 2 | **ALSTON & BIRD LLP**<br>333 South Hope Street, 16th Floor |
| 3 | Los Angeles, CA 90071-1410<br>Telephone: (213) 576-1000 |
| 4 | Facsimile: (213) 576-1100<br>E-mail:   kathy.huang@alston.com |
| 5 | |
| 6 | JONATHAN D. PARENTE (*pro hac vice pending*)<br>JASON ROTTNER (*pro hac vice pending*) |
| 7 | **ALSTON & BIRD LLP**<br>One Atlantic Center |
| 8 | 1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424 |
| 9 | Telephone: (404) 881-7000 |
| 10 | Facsimile: (404) 881-7777<br>E-mail:   jonathan.parente@alston.com |
| 11 |                 jason.rottner@alston.com |
| 12 | *Attorneys for Defendants* |
| 13 | *Wata, Inc. and Collectors Universe, Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JACOB KNIGHT, JACK CRIBBS, and JASON DOHSE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATA, INC., and COLLECTORS UNIVERSE, INC.,<br><br>Defendants. | Case No.: 8:22-cv-00967-DOC-KES<br><br>Assigned to the Hon. David O. Carter<br><br>**DEFENDANTS WATA, INC.'S AND COLLECTORS UNIVERSE, INC.'S NOTICE OF MOTION AND MOTION TO STAY PENDING DECISION ON MOTION TO TRANSFER VENUE**<br><br>[Filed concurrently with the Memorandum of Points and Authorities;  [Proposed] Order; and Motion to Transfer]<br><br>Date:         July 11, 2022<br>Time:        8:30 a.m.<br>Courtroom:          10A |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on July 11, 2022, or as soon thereafter as this matter may be heard, in the United States District Court, Central District of California, Southern Division, located at 411 West Fourth Street, Courtroom 10A, Santa Ana, CA, 92701-4516 before the Honorable David O. Carter, Defendants Wata, Inc. and Collectors Universe, Inc. ("Defendants") will, and hereby do, move the Court for a stay of this action, suspending all deadlines (including Defendants' deadline for answering or otherwise responding to the Complaint) and discovery until 21 days after the Court rules on Defendants' Motion to Transfer Venue.

Defendants seek a stay pursuant to the court's inherent power to control the disposition of cases on its docket, as recognized in *Landis v. N. Am. Co.*, 299 U.S. 248 (1936). Under the Ninth Circuit's balancing-of-the-factors test, a stay is appropriate because: (1) the possibility of any damage that would result from a brief stay while the Court determines which court should decide the merits of this case is minimal; (2) Defendants will be unfairly prejudiced if they spend significant resources litigating in this Court and the case is then ultimately transferred to a different U.S. District Court with different law governing Plaintiffs' federal RICO claim, different local rules and requirements, and a different judge; and (3) a stay will promote the orderly course of justice and preserve judicial resources and the resources of the parties by avoiding potentially duplicative and unnecessary pretrial management, discovery, and scheduling efforts.

This Motion is filed following the conference of counsel pursuant to Local Rule Rule 7-3, which took place on June 1, 2022.

This Motion is based on this Notice of Motion and Motion to Dismiss, the concurrently filed Memorandum of Points and Authorities, and upon such other and further briefing, argument and evidence as may be presented prior to or at the time of the hearing of this Motion.

DATED: June 10, 2022      */s/ Kathy J. Huang*
KATHY J. HUANG
*Attorney for Defendants Wata, Inc. and Collectors Universe, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the **DEFENDANTS WATA, INC.'S AND COLLECTORS UNIVERSE, INC.'S NOTICE OF MOTION AND MOTION TO STAY PENDING DECISION ON MOTION TO TRANSFER VENUE** with the Clerk of the court for the United States District Court, Central District of California by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on the 10th day of June, 2022 at Los Angeles, California

/s/ Kathy J. Huang
Kathy J. Huang