KATHY J. HUANG (SBN 240677)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail:   kathy.huang@alston.com

JONATHAN D. PARENTE (*pro hac vice pending*)
JASON ROTTNER (*pro hac vice pending*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail:   jonathan.parente@alston.com
             jason.rottner@alston.com

*Attorneys for Defendants*
*Wata, Inc. and Collectors Universe, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JACOB KNIGHT, JACK CRIBBS, and JASON DOHSE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATA, INC., and COLLECTORS UNIVERSE, INC.,<br><br>Defendants. | Case No.: 8:22-cv-00967-DOC-KES<br><br>Assigned to the Hon. David O. Carter<br><br>**STIPULATION REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with the [Proposed] Order]<br><br>Complaint filed: May 10, 2022<br>Amended Complaint filed: June 9, 2022<br>Current response date: July 18, 2022<br>Proposed response date: September 16, 2022 |

Plaintiffs Jacob Knight, Jack Cribbs and Jason Dohse ("Plaintiffs") and Defendants Wata, Inc. and Collectors Universe, Inc. ("Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties") have conferred by and through their respective counsel and the Parties hereby stipulate as follows:

WHEREAS, Plaintiffs filed their initial Complaint against Defendants on May 10, 2022.

WHEREAS, Defendants agreed to waive service of summons, which set the due date for Defendants' response to the Complaint at July 18, 2022.

WHEREAS, Plaintiffs filed their First Amended Complaint on June 9, 2022. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' deadline to respond to the First Amended Complaint remained July 18, 2022.

WHEREAS, on June 10, 2022, Defendants filed a Motion to Transfer Venue [Dkt. No. 21] and a Motion to Stay Pending Decision on Motion to Transfer Venue [Dkt. No. 22].  The Motion to Stay sought to stay all deadlines in this case, including Defendants' deadline to answer or otherwise respond to the First Amended Complaint until 21 days after the Court rules on Defendants' Motion to Transfer Venue.

WHEREAS, after Defendants filed their Motion to Stay, the Parties conferred further regarding that Motion.

WHEREAS, the Parties agree that it would be preferable to allow the Court additional time to ruling on the pending Motion to Transfer before briefing and litigating Defendants' anticipated motion to dismiss the First Amended Complaint in this Court.

WHEREAS, the Parties respectfully request that the Court enter the accompanying proposed order extending the deadline for Defendants to respond to the First Amended Complaint to September 16, 2022.

///

WHEREAS, the Parties also agree that, if the Court extends the deadline to respond to Plaintiffs' First Amended Complaint, Defendants will withdraw their Motion to Stay *without prejudice* to re-filing the Motion to Stay at a later date.

IT IS SO STIPULATED.

DATED: June 29, 2022          LAW OFFICES OF JANEEN CARLBERG

/s/ Janeen Carlberg
_____
Janeen Carlberg
Attorney for Plaintiffs
JACOB KNIGHT, JACK CRIBBS
And JASON DOHSE

DATED:  June 29, 2022          ALSTON & BIRD, LLP

/s/ Kathy J. Huang
_____
Kathy J. Huang
Attorney for Defendants
WATA, INC., and COLLECTORS UNIVERSE, INC.