1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JACOB KNIGHT, JACK CRIBBS, and JASON DOHSE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATA, INC., and COLLECTORS UNIVERSE, INC.,<br><br>Defendants. | Case No.: 8:22-cv-00967-DOC-KES<br><br>Assigned to the Hon. David O. Carter<br><br>**[PROPOSED] ORDER ENTERING STIPULATION REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

[PROPOSED] ORDER ENTERING STIPULATION REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 8:22-cv-00967-DOC-KES

LEGAL02/41829726v1

1  This Court, having considered the parties' Stipulation Regarding Motion to Stay
2  and Time to Respond to Amended Complaint states:
3  **IT IS HEREBY ORDERED that:**
4  Defendants' deadline to respond to Plaintiffs' First Amended Class Action
5  Complaint is extended until September 16, 2022.

7  Dated: This ___ day of _____ 2022

   _____
   HON. DAVID O. CARTER
   United States District Judge

1
[PROPOSED] ORDER ENTERING STIPULATION REGARDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 8:22-cv-00967-DOC-KES

LEGAL02/41829726v1