Janeen Carlberg (CA SBN 189197)
*jcarlberg@lawfirmoc.com*
Lizeth Perales (CA SBN 325498)
*info@oceralaw.com*
Law Offices of Janeen Carlberg
1912 N. Broadway, Suite 106
Santa Ana, CA 92706
Tel: (714) 665-1900

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB KNIGHT, JACK CRIBBS, and JASON DOHSE, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATA, INC., and COLLECTORS., UNIVERSE, INC,<br><br>Defendants. | Case No.: 8:22-cv-00967-DOC-(KESx)<br><br>Assigned to Hon. David O. Carter<br><br>Action Filed: May 10, 2022<br><br>**DECLARATION OF JANEEN CARLBERG IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>[Filed concurrently with Plaintiffs' Opposition to Defendants' Motion to Transfer Venue]<br><br>**Hearing on Motion:**<br>Date:      July 25, 2022<br>Time:      8:30 a.m.<br>Dept.:      10A |

## DECLARATION OF JANEEN CARLBERG

I, Janeen Carlberg, am an attorney at law, duly licensed to practice and admitted before all the Courts of the State of California and the United States Central District. I am the attorney of record in the matter of Knight, et al. v. Wata, Inc., et al. I am familiar with the facts stated herein and, if called to testify, I could and would competently testify thereto.

1.     This Declaration is made in support of Plaintiffs' Opposition to Defendants' Motion to Transfer Venue.

2.     I have conducted independent investigations on this matter, including review press articles, press releases in the public, webpages and reviewing Wata public announcements and statements. On June 1, 2022, I navigated the Wata website and saved each page of the order process attached to this Opposition.

3.     Defendant provides video game grading services. Customers engage Defendants services through its website: www.watagames.com. Customers are required to go to the watagames.com website and follow a series of steps to purchase Defendants services.

4.     Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot of the Wata home page in Wata's landing site which demonstrate Step 1 of Wata's website in order.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of the "Submit a Game" tab from Wata's website which demonstrate Step 2 of Wata's website in order.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of a screenshot of the "Tell us what you've got" page of the Wata's website which demonstrate Step 1 of Wata's website in order.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot of the Wata's website page "Help us with the details" where customers

can see the "Game Details" which demonstrate Step 4 of Wata's website in order.

8      Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot of the Wata's website page "Options+Add-ons" which demonstrate Step 5 of Wata's website in order.

9      Attached hereto as **Exhibit 6** is a true and correct copy of a screenshot of the Wata's website page that says "Success" in large, bold font and notes "game successfully added to the queue below!" which demonstrate Step 6 of Wata's website in order.

10     Attached hereto as **Exhibit 7** is a true and correct copy of a screenshot of the Wata's checkout page which demonstrate Step 7 of Wata's website in order.

11     Attached hereto as **Exhibit 8** is a true and correct copy of a screenshot of the Wata's website requesting the customers' shipping address which demonstrate Step 8 of Wata's website in order.

12     Attached hereto as **Exhibit 9** is a true and correct copy of a screenshot of the Wata's "Order Summary" which demonstrate Step 8 of Wata's website in order.

13     Attached hereto as **Exhibit 10** is a true and correct copy of a screenshot of the Wata's "payment method" page which demonstrate Step 10 of Wata's website in order.

14     Attached hereto as **Exhibit 11** is a true and correct copy of a screenshot of the Wata's Services Agreement.

15     Plaintiff Jacob Knight is a California resident. Mr. Knight placed his order for grading services with Wata on June 3, 2020 when the company operated out of Colorado, however, he did not receive his game back until March 3, 2022, after the company moved to California. Mr. Knight's items were shipped back to him from the California facility. Attached hereto as **Exhibit 12** is a true and correct copy of Mr. Knight's declaration.

16.     The filing of this action has been a noteworthy event and I have been in contact with dozens of individuals seeking to act as plaintiffs. At least six of these individuals are residents of California. At least a dozen other individuals confirmed to having received the return of their games from the Wata California facility. If the court requires more evidence of contacts with California, I can provide additional declarations.

17.     On or about July 14, 2021, a press release indicated that Wata had been sold to CU. This is one of many stories available on the Internet. Attached hereto as **Exhibit 13** is a true and correct copy of that press release.

18.     On September 23, 2021, a press release indicated the company "will move from its Denver offices into PSA's headquarters in California, but will keep its name and branding." This is one of many stories available on the Internet. Attached hereto as **Exhibit 14** is a true and correct copy of that press release.

19.     On November 11, 2021, Wata sent out an announcement stating the company was relocating to Southern California. I received this from Wata. Attached hereto as **Exhibit 15** is a true and correct copy of the announcement.

20.     On December 17, 2021, Wata sent another announcement stating the "moving van" was "in transit." I received this from Wata. Attached hereto as **Exhibit 16** is a true and correct copy of the announcement.

21.     Thereafter, the address on the Wata website was changed to reflect the Santa Ana location. This is evidence from Wata's own website and in communications from the company with customers, which I was also receiving. Attached hereto as **Exhibit 17** is a true and correct copy of Watas' website reflecting the Santa Ana address.

22.     On March 29, 2022, Wata published a Twitter post that stated the company was keeping operations open in Colorado through April 30, 2022. I saved this from Twitter on June 29, 2022. Attached hereto as **Exhibit 18** is a true and correct copy the twitter post

23.     I sent the a certified letter by way of U.S. Mail of Notice of the California Legal Remedies Act (CLRA) to Wata, Inc.'s agent for service of process, Deniz Khan in Denver, Colorado on May 9, 2022. The Since then the Colorado facility appears to have closed and the return receipt was sent back without signature. Thereafter, defense counsel acknowledge the letter, which was also sent certified to California addresses was received.

24.     Wata, Inc.'s CEO Deniz Khan's public LinkedIn page, states that he currently resides in Costa Mesa, California. Attached hereto as **Exhibit 19** is a true and correct copy of Mr. Khan's LinkedIn page which is publicly accessible on the Internet. I saved this on June 29, 2022.

25.     Current job postings for Wata appear on the Collectors Universe website and identify CU as the employer and treat Wata as a division rather than a separate business entity. Attached hereto as **Exhibit 20** is a true and correct copy of the job posting which is publicly accessible at the Collectors Universe website. I accessed and saved this on June 29, 2022.

26.     The current job posting also note that CU employees more than 1,000 employees in Santa Ana and identifies the states where CU operates and Colorado is not listed. Attached hereto as **Exhibit 20** is a true and correct copy of the job posting which is publicly accessible at the Collectors Universe website.  I accessed and saved this on June 29, 2022.

27.     I performed a search through the California Secretary of State's website. Based on my search I can deduct that Wata, Inc. NEVER registered as a foreign corporation qualified to do business in the state. Attached hereto as **Exhibit 21** is a true and correct copy of the California Secretary of State search. There is no way to order official documents for a company that does not exist. I have made this search multiple times from September of 2021 until the present time. The copy attached is from June 30, 2022.

28.     Attached hereto as **Exhibit 22** is a true and correct copy of a of a

certified copy of Collectors Universe's Statement of Information on file with the California Secretary of State showing all of the company's officers and located in Santa Ana, California.

29.    Attached hereto as **Exhibit 23** is a true and correct copy of Defendants response to Plaintiff's letter of notice of California Legal Remedies Act (CLRA) which states that Collectors' Universe should be dismissed as it is essentially a separate entity from Wata.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge, information and belief.

Executed this 1st day of July of 2022 at Santa Ana, California.


    /s/ *Janeen Carlberg*
Janeen Carlberg, Declarant

# EXHIBIT 1



# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5



**Choose options & add-ons:**

How soon do you need your game back? Do you prefer our one-of-a-kind 3D / Banner label (at no extra charge), or a more traditional 2D / Flat label to save shelf space? How about add-ons? Please select your needs below.

# EXHIBIT 6



# EXHIBIT 7

# EXHIBIT 8

# Where are we sending the goods?

Your up-front pricing already includes return shipping & insurance, based on the number of games certified plus the total declared value of the game(s). If you don't mind, please specify the address where you'd like your completed order(s) shipped:

**Your Full Name** (or name of recipient):

Your Full Name

This field is required

**Business Name** (optional):

Business Name

**Phone number:**

Phone number

**Country:**

Country

**State:**                         **City:**

State                              City

**Zip code:**

Zip code

**Street/Other:**

Street/Other

☐ **SAVE FOR FUTURE ORDERS**

**PROCEED**

• Please have a second look to ensure everything
looks accurate before clicking Proceed.

• Feeling a little overwhelmed? We're here to help:

VIEW SHIPPING F.A.Q.

# EXHIBIT 9



# EXHIBIT 10



# EXHIBIT 11

# WATA SERVICES AGREEMENT

Wata Inc. dba Wata Games, a Colorado corporation ("**Wata**"), agrees to provide the Services as defined below to you on the terms and conditions set forth in this Wata Services Agreement (this "**Agreement**") so long as you accept these terms and conditions by clicking the "Accept" button at the bottom of this page. Please read this Agreement carefully before clicking the "Accept" button. By submitting your game(s) for grading, you understand and agree that your game(s) are accepted by Wata, subject to and in accordance with all of the terms and conditions of this Agreement. If you do not agree to be bound by all of the terms and conditions of this Agreement, you should not be submitting any game(s) to Wata for grading and, in such case, you are not acting as a condition that allows Wata to perform the Services. The terms "you" and "your" as used throughout this Agreement shall be deemed to refer to the individual or entity identified in the Services and Wata shall only be bound to provide the Services for the persons or entities bound by the terms and conditions of this Agreement and no other. If Wata performs any of the Services, then the parties shall be deemed to have entered into this Agreement as of the date Wata receives the applicable game(s).

1.1 **Contents.** When you video game prices at any given levels, Wata will open the packaging and compute the contents against its listing. If applicable, Wata will inspect any other contents of the game(s), including manuals, inserts, and order slips (collectively "**Contents**"). Game Contents will be graded based on the criteria then in effect. If, during inspection, Wata finds that any game contents are missing, Wata will note the defect on the grading label.

1.2 **Insurance.** During Wata's review of your games, Wata will determine whether to insure the game(s) through Wata's applicable carrier, at the sole cost and expense of Wata. Wata does not insure game(s) against loss or damage while in Wata's possession, except as stated herein.

1.3 **Grading.** Wata will analyze each of your video games using a Wata proprietary grading standard. All grading is subjective and all grades represent the opinion of the Wata grader, which may be different from the opinion of another grader. You understand and agree that the final grade and seal applied by Wata is final and binding. You acknowledge that grade identifiers or descriptive notes, if any, are simply the opinion of Wata and are in no way a warranty or representation as to the condition of any game(s).

1.4 **Photos.** While your video game is in Wata's possession, Wata may photograph the game(s). You understand and agree that Wata owns all rights, title, and interest in and to any and all photographs, which may be used by Wata and its affiliates in their marketing and business materials.

1.5 **Prices.** Wata will charge you for the fees and services associated with the order, based on the grading and services selected by you at the time of order. Prices are subject to change at any time without notice.

1.6 **Fees.** You agree to pay all applicable fees and charges as outlined in the price list and on the order form. Wata reserves the right to change its fees and charges at any time without notice. If your payment is declined or otherwise not received, Wata reserves the right to withhold services and game(s) until payment has been received in full.

1.7 **Risk.** You acknowledge and agree that you assume all risk of loss or damage to your game(s), and the value of any game(s) submitted, except as otherwise provided herein. In no event shall Wata's liability exceed the value declared by you for any game(s), as determined in accordance with this Agreement.

1.8 **Intellectual Property.** You acknowledge that Wata retains all right, title, and interest in and to its intellectual property, including without limitation its trademarks, service marks, trade dress, copyrights, patents, and trade secrets. You shall not use any of Wata's intellectual property without Wata's prior written consent. Nothing in this Agreement shall be deemed to grant you any license or right to use any of Wata's intellectual property.

1.9 **Limitation of Liability.** WITH THE EXCEPTION OF DAMAGES ARISING FROM OTHER PARTIES IN CONNECTION WITH YOUR GAME(S), IN NO EVENT SHALL WATA OR ITS AFFILIATES, EMPLOYEES, OR AGENTS BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION LOSS OF PROFITS, DATA, USE, OR GOODWILL, WHETHER BASED ON CONTRACT, TORT, OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT OR THE SERVICES PROVIDED HEREUNDER. IN NO EVENT SHALL WATA'S TOTAL LIABILITY EXCEED THE AMOUNT OF FEES PAID BY YOU FOR THE SERVICES.

1.10 **Disclaimer.** THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. WATA EXPRESSLY DISCLAIMS ALL WARRANTIES, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.

1.11 **Warranties.** You represent and warrant that you have full right, power, and authority to submit the game(s) to Wata for grading, and that you are the lawful owner of, or otherwise authorized to submit, the game(s). You further represent and warrant that the game(s) do not infringe upon the rights of any third party.

1.12 **Indemnity.** You agree to indemnify, defend, and hold harmless Wata, its affiliates, employees, and agents from and against any and all claims, damages, losses, liabilities, costs, and expenses (including reasonable attorneys' fees) arising out of or in connection with your breach of this Agreement or your use of the Services.

1.13 **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado, without regard to its conflict of laws principles. Any dispute arising out of or in connection with this Agreement shall be subject to the exclusive jurisdiction of the courts located in the State of Colorado.

1.14 **Force Majeure.** Notwithstanding anything to the contrary herein, Wata shall not be liable for any failure or delay in performing its obligations hereunder due to causes beyond its reasonable control, including without limitation acts of God, war, terrorism, labor disputes, or governmental action.

1.15 **General.** No agency, partnership, joint venture, or employment is created as a result of this Agreement. You may not assign any of your rights or obligations under this Agreement without the prior written consent of Wata. This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements and understandings.

Watch expert video game grading empowers collectors to collect sealed games, CIB games, loose cartridges and more. Every video game collection is made with confidence.

Whether your favorite system is from Nintendo, Atari, or Sega, Wata makes video game collecting rewarding. For every game collection of all types, grading games and knowing what you have is the first deal that never been easier.

🎮 START HERE

📖 F.A.Q.

📚 Glossary

**LINKS**
Home
Who We Are
What We Do
Submit A Game
Learn • Connect

**CORPORATE**
© WataGames.com

# EXHIBIT 12

DocuSign Envelope ID: F5B51C4B-F30A-4E89-A5FA-5E9C76760D0B

## DECLARATION OF JACOB KNIGHT

I, the undersigned, Jacob Knight, am a Plaintiff in this action. I have personal knowledge of the matters stated herein. If called to testify thereto, I could and would competently do so.

1. This Declaration is made in support of Plaintiff's Complaint.

2. I am a video game collector from California. At all times relevant herein, I resided in California.

3. On June 8, 2020, I placed Order No. 575734 with Wata through their website. My order requested grading services for three (3) games. I ordered the "Select" service level which called for one hundred eight (180) business day estimated turnaround time.

4. I shipped my games to Wata's Colorado facility.

5. I estimate Wata received the games on or about June 15, 2020.

6. One hundred eighty (180) business days from the estimated date of Wata's receipt of the games at the Colorado facility would have been March 9, 2021.

7. March 9, 2021 came and passed but I did not receive my games.

8. On March 3, 2022, almost a year after I expected to receive his games back, I received notice that my games had finally shipped. The address noted on the shipping e-mail from Wata reflected a Santa Ana, California address. In all, nearly twenty-one (21) months passed from the time of order until the time that I received my graded games.

I, Jacob Knight declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

This Declaration was executed on _____5/9/2022_____ in the State of California.

Jacob Knight, Declarant

1

Declaration of Jacob Knight

# EXHIBIT 13

# Collectors Universe Expands Into Video Game Authentication & Grading with Acquisition of Wata Games

businesswire.com/news/home/20210714005598/en/Collectors-Universe-Expands-Into-Video-Game-Authentication-Grading-with-Acquisition-of-Wata-Games

July 14, 2021





Super Mario 64 game, which sold for $1.56 million

Early production copy of The Legend of Zelda, which sold for $870,000

Super Mario Bros. for NES, which sold for $660,000

SANTA ANA, Calif.--(BUSINESS WIRE)--Collectors Universe, a leading provider of value-added authentication and grading services, announces it is expanding into the collectible video game industry with the acquisition of Wata Games.

Wata Games is the trusted pioneer in the video game collectibles industry. As the foremost video game grading service, Wata elevated the collectible video game market with its focus on accuracy and objectivity and enabled the industry to grow quickly. The company's grading process ensures complete transparency and integrity with detailed grading on a scale of 1-10. As the gold standard in video game authentication, games graded by Wata regularly sell for record prices. In addition to the $1.56 million Super Mario 64 sale, other Wata-graded games that have set records include a 1987 early production copy of The Legend of Zelda, which sold for $870,000 as well as a copy of Super Mario Bros. for NES, which sold for $660,000.

"We founded Wata to elevate the video game hobby and grow the industry overall by adding legitimacy, transparency and professionalism to it," said Deniz Kahn, President and Founder of Wata Games. "Nat and the entire Collectors Universe team have demonstrated a commitment to expertise and are investing in the business for the benefit of hobbyists and consumers. With their expertise and resources, Wata will be better able to service its growing demand, fuel the hobby and provide new and long-time customers with the best experience possible."

The acquisition of Wata Games marks the first major categorical expansion beyond trading cards, sports memorabilia and coins for Collectors Universe. Other Collectors Universe companies include Professional Sports Authenticator (PSA) and Professional Coin Grading Service (PCGS), both trusted leaders in their respective industries. This acquisition builds on the company's mission to provide every hobbyist and alternative investor with the best customer experience, tools and information available.

"Collectibles across categories, including trading cards and sports memorabilia, are now firmly considered an alternative investment class by both hobbyists and investors," said Nat Turner, Executive Chairman of Collectors Universe. "With those categories seeing a stratospheric rise recently, we've identified video games as the next area primed for similar expansion. We're partnering with Wata because they are the experts in video game grading and there's simply no other way to recreate the amazing and trusted company they have built."

Wata will continue to operate as a standalone business with existing leadership. This expansion into the video game industry follows the acquisition of Collectors Universe earlier this year by an investor group led by Turner -- a longtime collector of sports cards and collectibles -- as well D1 Capital Partners L.P. and Cohen Private Ventures, LLC.

**About Collectors Universe**

Collectors Universe, Inc. is a leading provider of value-added services to the collectibles markets. The Company authenticates and grades collectible coins, trading cards, event tickets, autographs and memorabilia ("collectibles"). The Company also compiles and publishes authoritative information about United States and world coins, collectible trading cards and sports memorabilia and operates its CCE dealer-to-dealer Internet bid-ask market for certified coins and its Expos trade show and conventions business. This information is accessible to collectors and dealers at the Company's website, http://www.collectorsuniverse.com, and is also published in print.

# EXHIBIT 14

**ACTION** ✓   Sports   Odds   Picks   Sports Betting   Bonuses   Resources

Odds    Public Betting    PRO Report    PRO Projections    Picks    Bonuses    Pro Systems    Legalization Tracker    How To Bet



Credit: (Photo by Stanislav Kogiku/SOPA Images/LightRocket via Getty Images. Pictured: Super Mario Bros

**News**

**Darren Rovell**
**Updated:** Sep 23, 2021, 02:07 PM EDT

**Download App**

Collectors Universe continued its buying spree, announcing Wednesday morning that it had bought video game grader, Wata Games.

The acquisition comes two weeks after the parent company of PSA, the industry leader in grading cards and autographs, finalized a deal to bring Goldin Auctions under its umbrella. Terms were not disclosed.

The company will move from its Denver offices into PSA's headquarters in California, but will keep its name and branding.

The bet on Wata comes at a time when Collectors Universe is hoping to get a jump on building up its business in grading other forms of collectibles.

Wata was founded in 2017 by 25-year-old Deniz Kahn, who started collecting old video games and noticed the need for a company to grade the cartridges, boxes and seals in the event they were never open. In 2018, Wata was grading a handful of games.

Not only does Wata bet on the nostalgia of kids who played particularly Atari and Nintendo games, who are now 35 to 50, but the adoption of video game collecting as an asset class took flight thanks to its impressive thick cases that securely allow a collector to display the game standing up on a desk.

The business got more sophisticated in the fall of 2019, when Ryan Sabga, whose company Canyon Drive built the cases, signed on as CEO. The company has never released financials nor population reports, but from eBay auctions alone its apparent that the company has graded thousands and thousands of games.

Adoption by collectors was helped along by Dallas-based Heritage Auctions auctioning off video games beginning in 2019. Wata helped the auction house understand values, which in turn informed the marketplace. Soon, graded games — notably the Super Mario Bros. franchise — hit the $100,000 mark.

In July of last year, a Super Mario Bros. sealed and graded a 9.4 on a 10 point scale sold at Heritage for $114,000. In April of this year, a Super Mario Bros. game sold for $660,000. And last week, a Super Mario Bros. game sold for $1.56 million. As the category grew, Heritage moved video game sales from the back pages of its comic book auctions to its own separate sales.

# EXHIBIT 15



## You've been patiently waiting and we've been working hard to deliver.

As you may have heard, we were acquired by <u>Collectors Universe</u> in July and we're excited to share some big improvements to WATA Games. First and foremost, we are moving from Denver to Southern California. We're excited to join PSA and PCGS at Collectors Universe headquarters and be able to utilize the company's resources to grow our operation and improve our turnaround times as we leverage the Collectors Universe facility, technology, and staff to support and scale WATA Games.

We are equally excited to bring to you the first-ever WATA Population Report **later this month**. This initial POP release will be limited to NES games and will not include seal ratings at first, but more games and more complete POP details will soon follow. We will give you the opportunity to provide feedback, correct any errors and tell us what you would like to see next. It is an exciting and much-needed step for WATA and our community and we want your input from the start.

Even though we have been quiet, a lot is happening behind the scenes. We apologize for the lack of communication recently, but you can expect to hear from us regularly moving forward. Thank you for your continued support as we scale and be sure to look for the initial POP release soon.

• The Team at WATA Games

---



Don't miss future emails from us; add info@watagames.com to your address book!

©2021 WATA Games. A Division of Collectors Universe. All Rights Reserved.
WATA Games, 3101 East 52nd Ave. Suite C, Denver, CO 80216.

You are receiving this email as a subscriber to WATA Games Marketing.
If you do not wish to receive future WATA Games Marketing email communications,
click here to unsubscribe from this list.

# EXHIBIT 16



## California, Here We Come

### The Moving Van is in Transit

---

## HEADS UP FOR 2022

WATA is on the move, getting closer to having our revamped and greatly improved operation up and running in California. This larger facility will help improve our efficiency, which will lead to faster turnaround times for you.

I hope you're enjoying the recently released 1.0 version of the WATA Population Report. We're working hard to expand it and add the adjustments being recommended by our community. Here are a few important updates for you:

---

## REINSTATING GRADE VIEWING DURING POST-GRADING

You will be happy to hear that we are reinstating grade viewing during the post-

grading stage. We've refined our quality assurance process to enable us to do this, so this is great news for collectors. Rest assured the data is accurate, although some grades may still be subject to change prior to shipping out. The grades that may change represent a very small percentage of all orders, so feel confident that what you will see in grade viewing will be likely be your final grade. Please be aware that final grade results on newly graded games may take up to seven days to post in the dashboard.

## "DVD" BLISTERS FACING SHORTAGE

Like many other companies today, we too are facing supply issues with manufacturers overseas. In line with that circumstance, we are facing shortages of our DVD-style blisters. I want you to be aware that this will cause delays with these specific consoles: Xbox, Xbox 360, PlayStation 2, GameCube, Wii, and Wii U. However, we anticipate receiving these blisters during the first half of January and will be working around the clock to get those orders prioritized and shipped out as soon as possible.

## WHAT'S NEW FOR 2022?

While we have a lot of exciting developments in the pipeline to better improve the overall collecting experience, some of the more tangible changes that you'll experience in the coming year include:

- New Systems Available for Grading
- Improved Customer Service
- Better Communication Channels
- Other Innovations and Features

## HAPPY HOLIDAYS TO ALL

Last and certainly not least, I'd like to extend a heartfelt wish to all our customers for a safe, healthy, and prosperous New Year. Since we've been acquired by Collectors

Holdings, Inc., we continue to make great strides and improvements to our business every day and you, our loyal customers, will be rewarded for your patience. Happy holidays and Happy New Year everybody! May 2022 provide new, exciting beginnings for all of us.

Deniz Kahn,
*WATA President*

---



Don't miss future emails from us; add info@watagames.com to your address book!

©2021 WATA Games. A Division of Collectors Universe. All Rights Reserved.
WATA Games, 3101 East 52nd Ave. Suite C, Denver, CO 80216.

You are receiving this email as a subscriber to WATA Games Marketing.
If you do not wish to receive future WATA Games Marketing email communications,
click here to unsubscribe from this list.

# EXHIBIT 17



ATARI

**Blog**

**F.A.Q.**

**Glossary**

Wata's expert video game grading empowers collectors to collect sealed games, CIB games, loose cartridges, and many more video game collectibles with confidence.

Whether your favorite system is from Nintendo, Atari, or Sega, Wata makes video game collecting rewarding for retro game collectors of all types. Grading games and knowing what you have is the real deal has never been easier.

Be **social.**

## LINKS

Home

Who We Are

What We Do

Submit A Game

Learn + Connect

Join

## CORPORATE

Contact Us

Dealer Program

Legal

Service Agreement

(303) **390 -1262**

info @ **WataGames**.com

CU/WATA, 1610 E St. Andrew Pl. STE 150, Santa Ana, CA 92705

© **2022 Wata Games,** Inc.   |   All Rights Reserved



# EXHIBIT 18





# EXHIBIT 19



| 🔍 | Deniz Kahn |  |







# Deniz Kahn

President, Wata Games

Costa Mesa, California, United States · 286 connections

**Sign in to connect**



Collectors Universe



Georgetown University - The McDonough School of Business



Websites

## About

Entrepreneur / Innovator / Idealist / Collector

## Activity

# EXHIBIT 20

**Collectors** 

# Business Operations Specialist, WATA (Entry Level)

Collectors Universe • Santa Ana, California

Apply Now

We are currently hiring an Operations Specialist to join the Wata team. This is a great opportunity to help continue to build Wata Games. Wata recently launched its new Modern grading services for additional consoles increasing the submissions and demand for graded games.

This role will report to the Senior Manager of Business Operations at Wata and will work out of Santa Ana, California headquarters.

**What You'll Do**

Export & format data from the Wata grading system that will be printed on labels

- Review labels to ensure print quality and accuracy
- Match approved labels with correct games to ensure accuracy
- Assist with the management of game crates and racks to ensure lead times are met
- Perform QC checks on encapsulated games to ensure they met expectations prior to shipment
- Perform other duties as assigned

**Who You Are**

- High School or equivalent education background
- Self-motivated individual, eager to start or continue a career in operations
- Ability to lift and carry heavy boxes/crates filled with high value collectibles
- Process oriented with strong attention to detail
- Strong time management skills and an ability to work under deadlines
- Enthusiastic team player with a willingness to learn
- Familiar with Excel & Google WorkSpace (Gmail, Google Docs/Sheets, etc.)

Collectors ☰

- 401(K) Matching Plan: We are proud to offer a competitive 401k matching plan to our employees to support their future financial goals
- Vacation: All full-time employees are eligible for paid vacation
- Holiday Pay: All regular, full-time employees are eligible for ten company paid holidays
- Employee Discounts: Employees receive discounts on select grading services for approved submissions
- Fun Working Environment: Our team members are invited to participate in celebrations, holiday events, and team building activities

Roles advertised as remote eligible are not open to applicants in Colorado and may not be performed in Colorado.

Collectors may use e-verify to validate my ability to work legally in the United States.

For your knowledge, the states we will be using e-verify are the 6 states we operate in that require E-verify: Alabama, Arizona, Georgia, North Carolina, Tennessee, and Utah.
We are aware that there are instances where individuals are receiving job offers that fraudulently allege to be from Collectors or one of our business units. This type of fraud can be carried out through false websites, through fake e-mails claiming to be from the company or through social media. We never ask for personal information such as your bank account, Social Security numbers or National IDs, nor do we send or request payments for the purchase of business-related equipment. If you suspect fraud, please reach out to jobs@collectors.com.

**About Collectors**

Collectors is the leading provider of value-added services to the collectible's markets. We authenticate and grade collectible coins, trading cards, video games, event tickets, autographs, and memorabilia through our subsidiaries, which include Professional Sports Authenticators (PSA), Professional Coin Grading Services (PCGS), Certified Coin Exchange (CCE), Wata, Card Ladder, Collectors Corner, Set Registry, Collectors.com, and the Long Beach Expo collectibles trade show. Since our founding in 1986, we have graded and authenticated more than 80 million items. We employ over 1,000 people across our Santa Ana, CA headquarters, New Jersey, Seattle, Hong Kong, Paris, Shanghai and Tokyo. For more information, visit http://www.collectors.com.

We are committed to equal employment opportunity regardless of race, color, ethnicity, ancestry, religion, national origin, gender, sex, gender identity or expression, sexual orientation, age, citizenship, marital or parental status, disability, veteran status, or other class protected by

Collectors



If you require an accommodation to apply or interview with us due to a disability or special need, please email people@collectors.com.

If you are based in California, you can read information for California residents linked here.

Apply Now

Collectors

© 2022 Collectors Holdings, Inc. All rights reserved.

Legal & Privacy

Contact

Cookie Preferences

# EXHIBIT 21



**California**
*Secretary of State*

Business    UCC    Login

🏠 Home

🔍 Search

📄 Forms

❓ Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

**Basic Search**

- *A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

**Advanced Search**

- *An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

- *An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record*

Skip to main content    State

Business    UCC

Login

Home

Search

Forms

Help

*indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

WATA, INC. 

Advanced ⌄



No results were found for "WATA, INC."

Try your search again with different filters or a different search term.



## California
*Secretary of State*

Business     UCC

Login

- Home
- Search
- Forms
- Help

# Business Search

*The California Business Search provides access to available information for* **corporations**, **limited liability companies** *and* **limited partnerships** *of record with the California Secretary of State, with* **free PDF copies** *of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are* **not contained** *in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

- A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

### Advanced Search

- An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

- An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

***Disclaimer:*** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record*

[Skip to main content](#)    State



Business          UCC                                    Login

🏠 Home

🔍 Search

📋 Forms

❓ Help

*indirectly from reliance on the accuracy, reliability, or timeliness of the
information that is provided. All such information is provided "as is." To order
certified copies or certificates of status, (1) locate an entity using the search;
(2)select Request Certificate in the right-hand detail drawer; and (3) complete
your request online.*

WATA GAMES, INC.                                    🔍

Advanced ⌄



No results were found for "WATA
GAMES, INC."

Try your search again with different filters or a
different search term.

© 2022 CA Secretary of State

# EXHIBIT 22



# California Secretary of State

**Business Programs Division**

1500 11th Street, Sacramento, CA 95814

---

**Request Type:** Certified Copies

**Entity Name:** COLLECTORS UNIVERSE, INC.

**Formed In:** DELAWARE

**Entity No.:** 2158483

**Entity Type:** Stock Corporation - Out of State - Stock

**Issuance Date:** 06/29/2022

**Copies Requested:** 1

**Receipt No.:** 002075263

**Certificate No.:** 025924028

---

## Document Listing

| Reference # | Date Filed | Filing Description | Number of Pages |
|---|---|---|---|
| 16466696-1 | 12/16/2021 | Statement of Information | 2 |

** **** ****** ********   End of list   ******** ****** **** **

---

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, do hereby certify on the Issuance Date, the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on June 29, 2022.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

To verify the issuance of this Certificate, use the Certifcate No. above with the Secretary of State Certification Verification Search available at **biz**fileOnline.sos.ca.gov.



**California Secretary of State**
Electronic Filing

## Corporation - Statement of Information

Entity Name:

Entity (File) Number:

File Date:

Entity Type:          Corporation

Jurisdiction:

Document ID:

**Detailed Filing Information**

1. Entity Name:

2. Business Addresses:
   a. Street Address of Principal
      Office in California:

   b. Mailing Address:

   c. Street Address of Principal
      Executive Office:

3. Officers:
   a. Chief Executive Officer:

   b. Secretary:

Certificate Verification No.: 025924028 Date: 06/29/2022

Document ID:

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

4.   Director:

    Number of Vacancies on the Board of Directors:

5.   Agent for Service of Process:

6.   Type of Business:

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Certificate Verification No.: 025924028 Date: 06/29/2022

Document ID:

# EXHIBIT 23

# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
404-881-7000 | Fax: 404-253-8567

Jason Rottner                    Direct Dial: 404-881-4527        Email: jason.rottner@alston.com

June 8, 2022

**VIA EMAIL AND**
**CERTIFIED MAIL**

Janeen Carlberg, Esq.
Law Offices of Janeen Carlberg
1912 N. Broadway, Suite 106
Santa Ana, California 92706
jcarlberg@lawfirmoc.com

Re:     Response to Notice of California Consumer Legal Remedies Act
        ("CLRA"), Cal. Civil Code §§ 1750 *et seq.*

Dear Ms. Carlberg :

I write on behalf of Wata, Inc. ("Wata") and Collector's Universe, Inc. ("Collectors") in response to your May 9, 2022 letter purporting to provide notice of alleged violations of the California Consumer Legal Remedies Act ("CLRA").

Wata and Collectors dispute the allegation in your letter that they engaged in any deceptive trade practices in connection with the estimated turnaround times for games submitted to Wata.  As your letter acknowledges, the turnaround times were specifically designated as mere "estimates" on Wata's website.  And, as your letter also acknowledges, Wata updated those estimates at various times.

Wata denies that any violation of the CLRA occurred.  Your letter—and the contemporaneously-filed class action lawsuit—do not allege actionable misrepresentations or omissions by either Wata or Collectors.  In any event, the allegations are not suitable for class-wide resolution given the myriad of individual differences in customer experiences.  Additionally, neither Jack Cribbs nor Jason Dohse have standing to bring CLRA claims, as they suffered their alleged injuries in Michigan and Iowa, respectively.  (*See* Compl. ¶¶ 12-13).  Their claims appear to have no relation to California whatsoever.  Each submitted games to Wata in Colorado for grading and encapsulation.  According to your complaint, Wata did not move its operations from Colorado to California until January 2022, which was after both Mr. Cribbs and Mr. Dohse allegedly submitted their games to Wata.  (*See id.* ¶¶ 15, 78, 98).  And, consistent with Mr. Cribbs' allegation that he received his games back *before* Wata moved its operations to California, we confirmed that neither Mr. Cribbs' nor Mr. Dohse's games were ever in California.  (*See id.* ¶ 94).  Under those circumstances, neither Mr. Cribbs nor Mr. Dohse can assert CLRA claims against Wata and Collectors, nor can you assert a CLRA claim on behalf of a nationwide class.  *See Reed v. Dynamic*

Janeen Carlberg
June 8, 2022
Page 2

*Pet Prods.*, No. 15-cv-0987, 2015 U.S. Dist. LEXIS 100540, at *24 (S.D. Cal. July 30, 2015) (dismissing CLRA claims of "non-California plaintiffs" and also to the extent they were brought "on behalf of non-California residents").

Moreover, neither your letter nor the complaint identify even a single representation or omission made by Collectors—as opposed to Wata.  Nor does your letter suggest that your clients ever did business with Collectors or that Collectors said or did something unlawful (under the CLRA or otherwise).  At the very least, you should dismiss the claims asserted against Collectors.  If you believe you have a good faith basis to assert a claim against Collectors, please let us know what that basis is as soon as possible.

Finally, your letter demands that Wata "change its website to accurately reflect true turnaround estimates."  We can confirm that Wata's website accurately reflects current estimated turnaround times.  That should resolve the issue.  Unless you have information suggesting otherwise, please confirm that you will dismiss the claim for injunctive relief in the pending complaint.  *See Gaines v. GM Co.*, No. 17-cv-1351, 2019 U.S. Dist. LEXIS 29716, at *13 (S.D. Cal. Feb. 25, 2019) (holding that CLRA claim for "injunctive relief to prevent future violations" had been mooted by current circumstances).

Wata and Collectors reserve all rights and remedies under the law.  If you have any questions or comments regarding the above, please do not hesitate to contact me.

Sincerely yours,

Jason Rottner

1

## <u>CERTIFICATE OF SERVICE</u>

2      I hereby certified that on July 1, 2022, I electronically filed

3  **DECLARATION OF JANEEN CARLBERG IN SUPPORT OF MOTION**

4  **TO TRANSFER VENUE** with the Clerk of the Court for the United States

5  District Court, Central District by using the Court's CM/ECF system.

6      Participant in the case who are registered CM/ECF users will be served by

7  the Court's CM/ECF system.

8      I declare under penalty of perjury under the laws of the United States that

9  the forgoing is true and correct.

10      Executed on the 1st day of July, 2022, at Santa Ana, California.

11

12                                    /s/ *Janeen Carlberg*
                                      Janeen Carlberg

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7