| | |
|---|---|
| 1 | KATHY J. HUANG (SBN 240677) |
| 2 | **ALSTON & BIRD LLP**<br>333 South Hope Street, 16th Floor |
| 3 | Los Angeles, CA 90071-1410<br>Telephone: (213) 576-1000 |
| 4 | Facsimile: (213) 576-1100<br>E-mail:  kathy.huang@alston.com |
| 5 | |
| 6 | JONATHAN D. PARENTE (*pro hac vice pending*)<br>JASON ROTTNER (*pro hac vice pending*) |
| 7 | **ALSTON & BIRD LLP**<br>One Atlantic Center |
| 8 | 1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424 |
| 9 | Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777 |
| 10 | E-mail:  jonathan.parente@alston.com |
| 11 |             jason.rottner@alston.com |
| 12 | *Attorneys for Defendants* |
| 13 | *Wata, Inc. and Collectors Universe, Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JACOB KNIGHT, JACK CRIBBS, and JASON DOHSE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WATA, INC., and COLLECTORS UNIVERSE, INC.,<br><br>Defendants. | Case No.: 8:22-cv-00967-DOC-KES<br><br>Assigned to the Hon. David O. Carter<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR MOTION TO STAY PENDING DECISION ON MOTION TO TRANSFER VENUE (ECF NO. 22)**<br><br>Complaint filed: May 10, 2022<br>Amended Complaint filed: June 9, 2022 |

Pursuant to Local Rule 7-16, Defendants Wata, Inc. and Collectors Universe, Inc. ("Defendants") hereby withdraw their Motion to Stay Pending Decision on Motion to Transfer Venue [ECF No. 22] ***without prejudice***.  The hearing on the Motion that is currently set for July 11, 2022 at 8:30 a.m. is no longer necessary.  Defendants expressly reserve the right to reassert any arguments raised in the Motion at a later date, if necessary.

DATED: July 6, 2022	*/s/ Kathy J. Huang*
	KATHY J. HUANG
	*Attorney for Defendants Wata, Inc. and*
	*Collectors Universe, Inc.*

2
DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR MOTION TO STAY
PENDING DECISION ON MOTION TO TRANSFER VENUE
Case No. 8:22-cv-00967-DOC-KES

LEGAL02/41863330v2