# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No: <u>SA CV 22-00967-DOC-(KESx)</u>                    Date: <u>July 25, 2022</u>

Title:  <u>Jacob Knight et al v. Wata, Inc. et al.</u>

---

PRESENT:  <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

| <u>Karlen Dubon</u> | <u>Court Smart</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Janeen Carlberg | Jason Rottner |
| Lizeth Perales | Jonathan D. Parente |
|  | Kathy J. Huang |

---

**PROCEEDINGS:**   **DEFENDANT'S MOTION TO TRANSFER CASE TO DISTRICT OF COLORADO [21]**

The case is called. The Court and counsel confer.

The Court hears arguments.

Defendant's Motion to Transfer Case to District of Colorado [21] is taken under submission.

:       10

<u>Initials of Deputy Clerk: kdu</u>